ORIGINAL

Paul N. Silverstein
S.D.N.Y. Bar No. PS-5098
John A. Lee
Texas State Bar No. 12125400
Robin Russell
Texas State Bar No. 17424001
**ANDREWS KURTH LLP**
600 Travis, Suite 4200
Houston, Texas 75201
Telephone: (713) 220-4200
Facsimile: (713) 220-4285

Jason S. Brookner
Texas State Bar No. 24033684
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

COUNSEL FOR
MC ASSET RECOVERY, LLC



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| MIRANT CORPORATION, *et al.*, | § | Case No. 03-46590 (DML) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| MIRANT CORPORATION, *et al.*, and | § | |
| THE OFFICIAL COMMITTEE OF UNSECURED | § | |
| CREDITORS OF MIRANT CORPORATION, *etc.*, | § | Civil Case No. 4-05CV-479A |
| | § | |
| Plaintiffs, | § | Adversary No. 05-4099 |
| vs. | § | |
| | § | |
| THE SOUTHERN COMPANY, | § | |
| | § | |
| Defendant. | § | |

## MC ASSET RECOVERY, LLC'S MOTION TO SUBSTITUTE AS PLAINTIFF

MC Asset Recovery, LLC files this Motion to Substitute as Plaintiff and in support respectfully shows as follows:

1. Rule 25 of the Federal Rules of Civil Procedure allows the Court, upon motion, to substitute a non-party as plaintiff in an action when the existing plaintiff transfers its claims to

HOU:2534132.1

the non-party.[1] Pursuant to the bankruptcy court's December 28, 2005 Order Granting Motion of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 1142 Implementing Provisions Relating to the Transfer of Causes of Action to New Mirant and the Transfer of Designated Avoidance Actions to the Litigation Sub, designated avoidance actions, including the claims asserted against The Southern Company in this proceeding (the "Southern Claims"), were to be transferred to a special purpose litigation subsidiary of New Mirant (the "Litigation Sub") under sections 1123(a)(5), (a)(7) and (b)(3)(B) of the Bankruptcy Code.

2.      On January 3, 2006, the Litigation Sub was formed under the name of MC Asset Recovery, LLC.[2] The effective date of the Debtors' Plan of Reorganization also occurred on January 3, 2006 (the "Effective Date"). On the Effective Date, in keeping with the bankruptcy court's December 28 order, the Southern Claims vested in MC Asset Recovery, LLC and it became the successor in interest to the plaintiffs in this adversary proceeding. MC Asset Recovery, LLC is represented by the same counsel as the Official Committee of Unsecured Creditors; thus, MC Asset Recovery, LLC's appearance in this case will not cause any delay. Accordingly, MC Asset Recovery, LLC should be substituted as plaintiff under Federal Rule of Civil Procedure 25.

**WHEREFORE**, MC Asset Recovery, LLC respectfully requests that the Court substitute MC Asset Recovery, LLC as plaintiff and direct the District Clerk to revise the style of this adversary proceeding to reflect the substitution of parties.

---

[1] Fed. R. Civ. P. 25(a)(c)("In the case of any transfer of interest, the action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original party.")

[2] The Limited Liability Company Agreement of MC Asset Recovery, LLC is attached hereto as Exhibit A.

Respectfully submitted this 6th day of January, 2006.

/s/ Jason S. Brookner
Jason S. Brookner
Texas State Bar No. 24033684
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone:  (214) 659-4400
Facsimile:   (214) 659-4401
Email: jasonbrookner@andrewskurth.com

John A. Lee
Texas State Bar No. 12125400
Robin Russell
Texas State Bar No. 17424001
**ANDREWS KURTH LLP**
600 Travis, Suite 4200
Houston, Texas 75201
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
Email: johnlee@akllp.com
          robinrussell@akllp.com

**COUNSEL FOR MC ASSET RECOVERY, LLC.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of January, 2006, he caused a true and correct copy of the foregoing document to be served on the parties appearing below via e-mail, and via first class U.S. Mail, postage prepaid.

Jason S. Brookner

Thomas E Lauria
Charles C. Kline
Frank L. Eaton
**White & Case LLP**
Wachovia Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131
Facsimile: (305) 358-5744
Email: tlauria@whitecase.com
       ckline@whitecase.com
       featon@whitecase.com
**Attorneys the Debtors**

Deborah Williamson
Tom Rice
**Cox Smith Matthews Incorporated**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Email: ddwillia@coxsmith.com
       trice@coxsmith.com
**Attorneys for the MAGI Committee**

George McElreath
**Office of the United States Trustee**
1100 Commerce Street, Room 9C60
Dallas, Texas 75242
Email: george.f.mcelreath@usdoj.gov

Richard M. Roberson
**Gardere Wynne Sewell**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Email: rroberson@gardere.com
**Attorneys for the Examiner**

Robin Phelan
**Haynes and Boone, LLP**
901 Main Street, Suite 3100
Dallas, Texas 75202
Facsimile: (214) 651-5940
Email: phelanr@haynesboone.com
**Attorneys for the Debtors**

Bruce Zirinsky
Gregory Petrick
**Cadwalader Wickersham & Taft**
One World Financial Center
New York, New York 10281
Email: bruce.zirinsky@cwt.com
       gregory.petrick@cwt.com
**Attorneys for the MAGI Committee**

Eric Taube
**Hohmann, Taube & Summers**
100 Congress Avenue, Suite 1600
Austin, Texas 78701
Email: erict@hts-law.com
**Attorneys for the Equity Committee**

Edward Weisfelner
**Brown, Rudnick, Berlack, Israels**
120 West 45th Street
New York, New York 10036
Email: eweisfelner@brbilaw.com
(and lscharf@brbilaw.com, and hsiegel@brbilaw.com)
**Attorneys for the Equity Committee**

HOU 2534132.1

Gregory M. Gordon  
Sydney B. McDole  
Craig F. Simon  
**Jones Day**  
272 North Harwood Street  
Dallas, Texas 75201  
Email: gmgordon@jonesday.com  
      sbmcdole@jonesday.com  
      csimon@jonesday.com  
**Attorneys for The Southern Company**

Richard A. Chesley  
**Jones Day**  
77 West Wacker  
Chicago, Illinois 60601  
Email: rchesley@jonesday.com  
**Attorneys for The Southern Company**

G. Lee Garrett, Jr.  
Janine Cone Metcalf  
**Jones Day**  
1420 Peachtree Street, NE  
Atlanta, Georgia 30309  
Email: ggarrett@jonesday.com  
      jmetcalf@jonesday.com  
**Attorneys for The Southern Company**